# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Multi-Dimensional Imaging, Inc. | ) ASBCA No. 60052 |
| | ) |
| Under Contract No. HR0011-07-C-0080 | ) |

APPEARANCE FOR THE APPELLANT:      Richard B. O'Keeffe, Jr., Esq.
      Wiley Rein LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
      DCMA Chief Trial Attorney
      Carol L. Matsunaga, Esq.
      Senior Trial Attorney
      Defense Contract Management Agency
      Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60052, Appeal of Multi-Dimensional Imaging, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals